1   BARRY J. PORTMAN
    Federal Public Defender
2   COLLEEN MARTIN
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant FELIPE AGUILERA
6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR 09-1207 SBA
                                       )
12               Plaintiff,            )      **ORDER**
                                       )
13  vs.                                )
                                       )
14  FELIPE AGUILERA, EMILIO LOPEZ      )
    GARCIA, JOSE LUIS PEREZ, and       )
15  FRANCISCO VARGAS,                  )
                                       )
16               Defendants.           )
    _____)

17

18          GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and

19  defendant Aguilera, IT IS HEREBY ORDERED that the status conference date in this case,

20  currently scheduled for September 14, 2010, at 9:00 a.m. before the Honorable Saundra Brown

    Armstrong, is VACATED and RESET to October 12, 2010 at 9:00 a.m.
21
            IT IS FURTHER ORDERED that the time from September 14, 2010 to October 12,
22
    2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
23
    §§ 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel.
24
    The Court finds that the ends of justice served by the granting of the continuance outweigh the
25
    best interests of the public and the defendant in a speedy and public trial and the failure to grant
26

1  the requested continuance would unreasonably deny counsel the reasonable time necessary for

2  effective preparation, taking into account due diligence, given the need for the need for the

3  defense to review  discovery, perform legal research, and consult with the defendant.

4          SO ORDERED.

5

6  DATED:_9/13/10                              _____

7                                              SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26