1   BARRY J. PORTMAN
    Federal Public Defender
2   COLLEEN MARTIN
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant FELIPE AGUILERA
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR 09-1207 SBA
                                       )
12                  Plaintiff,         )      **ORDER**
                                       )
13  vs.                                )
                                       )
14  FELIPE AGUILERA, EMILIO LOPEZ      )
    GARCIA, JOSE LUIS PEREZ, and       )
15  FRANCISCO VARGAS,                  )
                                       )
16                  Defendants.        )
    _____)

17
            GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and
18
    defendant Aguilera, IT IS HEREBY ORDERED that the status conference date in this case,
19
    currently scheduled for October 12, 2010, at 9:00 a.m. before the Honorable Saundra Brown
20
    Armstrong, is VACATED and RESET to November 9, 2010 at 9:00 a.m.
21
            IT IS FURTHER ORDERED that the time from October 12, 2010 to November 9, 2010,
22
    should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
23
    3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel.  The
24
    Court finds that the ends of justice served by the granting of the continuance outweigh the best
25
    interests of the public and the defendant in a speedy and public trial and the failure to grant the
26

1    requested continuance would unreasonably deny counsel the reasonable time necessary for

2    effective preparation, taking into account due diligence, given the need for the need for the

3    defense to review  discovery, perform legal research, and consult with the defendant.

4            SO ORDERED.

5

6    DATED:9/22/10                                  _Saundra B Armstrong_____

7                                                   SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26