1  GARRICK S. LEW (SBN 61889)
   EDWARD J. HU (SBN 260421)
2  Law Offices of Garrick S. Lew & Associates
   Design Center East
3  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4937
4  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
5  gsl@defendergroup.com

6  Attorneys for Defendant
   JOSE LUIS PEREZ
7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

   UNITED STATES OF AMERICA,              )      CR. No. 09-01207 SBA
12                                        )
                 Plaintiff,               )      [PROPOSED] ORDER
13                                        )
        vs.                               )
14                                        )
   FELIPE AGUILERA,                       )
15 EMILIO LOPEZ-GARCIA,                   )
   JOSE LUIS PEREZ, and                   )
16 FRANCISCO VARGAS,                      )      Date:    November 10, 2010
                                          )      Time:    10:00 a.m.
17               Defendants.              )      Court:   Hon. Laurel Beeler
   _____ )

18
                              [PROPOSED] **ORDER**
19

20      GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant,

21      IT IS HEREBY ORDERED that the Status Conference date in this case, currently scheduled for

22 November 10, 2010 at 10 a.m. before the Honorable Laurel Beeler, is VACATED and RESET to January

23 5, 2011 at 10:00 a.m.

24      IT IS FURTHER ORDERED that the time from November 9, 2010 to January 5, 2011, shall be

25 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (h)(7)(B)(iv) for adequate preparation of counsel and continuity of counsel.  The Court finds that the ends

27 of justice served by the granting of the continuance outweigh the best interests of the public and the

1   defendant in a speedy and public trial and the failure to grant the requested continuance would

2   unreasonably deny continuity of counsel and would deny counsel the reasonable time necessary for

3   effective preparation, taking into account due diligence, given the need for additional legal and factual

4   research, investigation, and review of discovery.

5         IT IS SO ORDERED.

6

7
    DATED: November 12, 2010

8                                          Laurel Beeler
                                           United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                         2