1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant FELIPE AGUILERA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR 09-1207 SBA
                                     )
12              Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER**
13  vs.                              )
                                     )   **Date:  November 12, 2010**
14  FELIPE AGUILERA,                 )   **Time:  10:00 a.m.**
                                     )   **Courtroom: No. 4**
15              Defendant.           )
    ─────────────────────────────── )
16

17         Defendant Felipe Aguilera is scheduled to appear in the above-captioned matter for a status

18  conference on November 12, 2010, at 10:00 a.m.  Defendant Aguilera and the government jointly

19  request that the November 12, 2010, 2010 status conference be vacated and reset to November 18,

20  2010 at 9:30 a.m. for a change of plea.

21         A five-count indictment has been filed in this case charging Mr. Aguilera with possession

22  of methamphetamine with intent to distribute and conspiracy to possess with intent to distribute

23  cocaine and methamphetamine.  The government has produced considerable discovery, including

24  discovery that was mailed to defense counsel on October 29, 2010.  Counsel for the defendant has

25  been reviewing and discussing all discovery with the defendant.  Counsel believes that review,

26  analysis,  and consultation with the defendant is necessary for effective preparation of this matter,

*U.S. v Aguilera,* et al.,  CR 10-1207 SBA
STIPULATION AND [PROPOSED] ORDER          1

1   but anticipates this process will be complete by November 18, 2010.  The requested continuance is

2   necessary to allow for preparation of the defense, and the failure to grant such a continuance would

3   unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking

4   into account the exercise of due diligence.

5        The parties further stipulate and agree that the time from November 12, 2010, to November

6   18, 2010,  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

7   §§ 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which

8   outweigh the best interest of the public and the defendant in a speedy trial and also under subsection

9   (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

10

DATED:        November 8, 2010            _____
11                                          /s/
                                          DEBORAH R. DOUGLAS
12                                        Assistant United States Attorney

13  DATED:        November 8, 2010            _____
                                          /s/
14                                        COLLEEN MARTIN
                                          Assistant Federal Public Defender
15                                        Counsel for Defendant AGUILERA

16     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this e-filed document.                        /S/ COLLEEN MARTIN
17

18                              **ORDER**

19        GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and

20  defendant Aguilera, IT IS HEREBY ORDERED that the status conference date in this case,

21  currently scheduled for November 12, 2010, at 10:00 a.m., is VACATED and RESET to November

22  18, 2010 at 9:30 a.m. for a change of plea.

23        IT IS FURTHER ORDERED that the time from November 12, 2010 to November 18, 2010,

24  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

25  3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel.  The Court

26

1  finds that the ends of justice served by the granting of the continuance outweigh the best interests

2  of the public and the defendant in a speedy and public trial and the failure to grant the requested

3  continuance would unreasonably deny counsel the reasonable time necessary for effective

4  preparation, taking into account due diligence, given the need for the need for the defense to review

5  discovery and consult with the defendant.

6          SO ORDERED.

7

8  DATED: November 12, 2010

   _____
   LAUREL BEELER
9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v Aguilera,* et al.,  CR 10-1207 SBA
STIPULATION AND [PROPOSED] ORDER          3