UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE AGUILERA,<br><br>Defendant. | Case No:  CR 09-01207-1 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On November 18, 2010, the Court referred this matter, upon consent of the parties, to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea.  On November 29, 2010, Magistrate Judge Beeler issued an Amended Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea.  The Court has received no objection to the Amended Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's Amended Report and Recommendation (Docket 63) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: February 1, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge